UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

METROPOLITAN LIFE
INSURANCE COMPANY,

    Plaintiff,

v.

ROSHANA ADAMS and
ERIC ROBINSON,

    Defendants.

_____/

Case No. 21-12393
District Judge George Caram Steeh
Magistrate Judge Kimberly G. Altman

**ORDER GRANTING ROBINSON'S REQUEST FOR ADDITIONAL TIME
TO FILE CROSS CLAIM (ECF No. 24)
AND
THIRD AMENDED SCHEDULING ORDER**

    This is an interpleader action. Plaintiff Metropolitan Life Insurance Company (Met Life) filed this action to resolve claims to life insurance proceeds related to Seafred Robinson (decedent) in the amount of $15,066. Decedent was an employee of Ford Motor Company and a participant in the Ford Motor Company Group Life Disability Insurance Program (Plan), which is an ERISA governed employee welfare benefit plan. Met Life is the administrator of the Plan and deposited the proceeds with the Court.

    Two parties, Roshana Adams and Eric Robinson, proceeding *pro se*, each claim that they are entitled to the plan benefits based on different designation of

beneficiary forms. Robinson now requests an extension of time to file his cross claim. (ECF No. 24).

Robinson's filing refers to a "Cross Claim hearing scheduled October 24, 2022." (ECF No. 24, PageID.440). However, no hearing has been set at this time. A cross claim is simply a document that Robinson must file in which he explains why he is entitled to the proceeds of his father's employee benefit plan.

For the reasons stated in Robinson's motion, the Court finds that there is good cause to grant a 30-day extension for Robinson to file his cross claim. The Court shall extend the other pertinent dates in this matter by 30 days as well. The new deadlines are as follows:

| | |
|---|---|
| Deadline for Robinson to submit crossclaim setting forth basis for his claim to the plan benefits: | November 23, 2022 |
| Witness lists due: | December 14, 2022 |
| Discovery cutoff: | January 18, 2023 |
| Dispositive motions due: | February 16, 2023 |

There is a clinic at the courthouse available to assist *pro se* parties. Information about the clinic is available at:

http://www.mied.uscourts.gov/PDFFiles/Pro_Se_Clinic_2019.pdf.

Representatives at the clinic may be able to assist Adams and Robinson in presenting their claims.

There will be no further extensions absent a showing of good cause.

Dated:  October 21, 2022  
Detroit, Michigan

s/Kimberly G. Altman  
Kimberly G. Altman  
United States Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 24, 2022.

s/Julie Owens  
Julie Owens  
Case Manager